

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building One Saint Andrew's Plaza New York, New York 10007*

May 28, 2020

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States of America v. Gale D'Aloia
                13 Cr. 923 (RPP)

Dear Judge Preska:

      The Government writes to inform Your Honor that the nolle prosequi filed in the instant matter on December 13, 2018, (Dkt. No. 153), misspells the above-captioned defendant's first name. Throughout the nolle prosequi, the defendant's first name is misspelled as "Gail," when the correct spelling of the defendant's first name is "Gale." Indeed, "Gale" is the spelling used in the Information filed against the defendant on November 22, 2013, (Dkt. No. 141). As such, to avoid any potential confusion, the Government asks that the Court endorse this letter confirming that the nolle prosequi filed on December 13, 2018 relates to the "Gale" D'Aloia charged in Information 13 Cr. 923 (RPP).

                                                        Sincerely,

                                                         GEOFFREY S. BERMAN
SO ORDERED.                                    United States Attorney

Dated:  May 29, 2020             By:        _____/s/_____
         New York, NY                     Robert L. Boone
                                                  Assistant United States Attorney
                                                    Southern District of New York
                                                    (212) 637-2208

_____
LORETTA A. PRESKA, U.S.D.J.